SEAN K. KENNEDY, Bar No. 145632
Federal Public Defender
E-Mail: Sean_Kennedy@fd.org
C. PAMELA GÓMEZ, Bar No. 233848
Deputy Federal Public Defender
E-Mail: Pamela_Gómez@fd.org
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5673
Facsimile: (213) 894-0081

Attorneys for Petitioner
SHELLEY L. SMALL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY LAMONT SMALL,<br><br>    Petitioner,<br><br>    v.<br><br>ERNEST ROE, Warden<br><br>    Respondent. | NO. CV 02-00324-AHM (VBK)<br><br>[~~Proposed~~] PROTECTIVE ORDER FOR DISTRICT ATTORNEY'S FILES |

IT IS HEREBY ORDERED that upon the stipulation by Petitioner SHELLEY LAMONT SMALL, and the Office of the Los Angeles County District Attorney, and for good cause shown, this Court enter the protective order filed with this Court on October 13, 2010.

IT IS SO ORDERED

Dated: 10-18-2010

HONORABLE VICTOR B. KENTON
United States Magistrate Judge

Presented by:
/S/ C. Pamela Gómez
C. Pamela Gómez
Deputy Federal Public Defender