JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHELLEY LAMONT SMALL, | ) No. CV 02-00324-AHM (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| ERNEST ROE, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 17, 2012

*(signature)*

_____
A. HOWARD MATZ
SENIOR UNITED STATES DISTRICT JUDGE

**JS-6**